UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE LAMPLEY, ID # 27717078, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:22-CV-2199-G-BH |
| C. RIVERS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, and the petitioner's Civil Complaint that was received on October 25, 2022 (docket entry 10), in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, any habeas claims in the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241(c)(3), received on September 20, 2022 (docket entry 1), will be **DISMISSED** by separate judgment for lack of jurisdiction, and any civil

claims will be **DISMISSED** without prejudice to seeking relief in a separate civil action.

A certificate of appealability (COA) is not required for a federal inmate to appeal the denial of relief under 28 U.S.C. § 2241.  See *Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005).  If the petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

November 2, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**